UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | : CIVIL ACTION NO. 3:17-CV-1992 : (JUDGE MARIANI) |
| Plaintiff, | |
| v. | |
| REVOLUTIONARY HOME HEALTH, INC., JENNIFER FELDRA, individually, and as Owner and corporate officer of the aforementioned corporation; and KATHLEEN EVANINA, individually, and as Owner and corporate officer of the aforementioned corporation. | |
| Defendants. | |

## ORDER

**AND NOW, THIS 23RD DAY OF APRIL 2020**, upon consideration of Defendant's Motion for Summary Judgment (Doc. 31) and Secretary's Motion for Partial Summary Judgment (Doc. 34) and all relevant documents, for the reasons set out in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion for Summary Judgment (Doc. 31) is **DENIED**;

2. Secretary's Motion for Partial Summary Judgment (Doc. 34) is **GRANTED IN PART** and **DENIED IN PART**;

3. The motion is **GRANTED** as to the FLSA recordkeeping violation based on failure to comply with 29 C.F.R. § 516.2(a)(8) and (9);

4. The motion is **DENIED** in all other respects.

5. Defendants are hereby enjoined from future violations of Sections 11(c) and 15(a)(5) of the Act, 29 U.S.C. §§ 211(c), 215(a)(5), and are specifically required to comply with the recordkeeping requirements set out in 29 C.F.R. § 516.2(a)(8) and (9).

6. The Court shall set this matter for trial by separate order.

          _s/ Robert D. Mariani_____
          Robert D. Mariani
          United States District Judge